**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roginald Charles SMILEY, a.k.a.**
**Reginald Charles Smiley,**
**Defendant–Appellant.**

**No. 13–10823**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 30, 2014.

Michelle Thresher Taylor, Anita M. Cream, Robert E. O'Neill, Jennifer Lynn

Peresie, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mark W. Ciaravella, Mark W. Ciaravella, PA, Tampa, FL, for Defendant–Appellant.

Roginald Charles Smiley, Atwater, CA, pro se.

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Roginald Charles Smiley in this direct criminal appeal, has filed a renewed motion to withdraw from further representation of the appellant, supported by a brief filed pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smiley's conviction and sentence are **AFFIRMED.**